511 F.2d 1164
 In the Matter of FAS INTERNATIONAL, INC., Debtor.
UNITED STATES TRUST COMPANY OF NEW YORK, Successor Indenture
Trustee-Appellant,
v.
FAS INTERNATIONAL, INC., Debtor-Appellee.
 No. 657, Docket 74--2306.
 United States Court of Appeals,
Second Circuit.
 Argued March 24, 1975.
Decided March 25, 1975.
 
 James C. Sargent, New York City (Robert S. Newman, William M. Kahn, Dugald C. Brown, Whitman & Ransom, New York City, on the brief), for appellant.
 John F. Scheffel, New York City (Salvatore A. Adorno, Krause, Hirsch & Gross, New York City, on the brief), for appellee.
 Edward Roberts, III, Kelley, Drye, Warren, Clark, Carr & Ellis, and Peter J. Wiederhorn, New York City, on the brief for amicus curiae Interested Banks and Trust Companies.
 Before KAUFMAN, Chief Judge, MULLIGAN, Circuit Judge, and THOMSEN, District Judge.*
 PER CURIAM:
 
 
 1
 We affirm for the reasons stated in Judge Gurfein's opinion below, 382 F.Supp. 77 (S.D.N.Y.1974).
 
 
 
 *
 Of the District of Maryland, sitting by designation